IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **DAKOTA KNIPPER,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **TAURUS INTERNATIONAL** : <br> **MANUFACTURING INC. and** : <br> **TAURUS HOLDINGS INC.,** : <br> : <br> **Defendant.** : <br> _____ : | CASE NO: 1:22-cv-206  (WLS) |

## ORDER

Before the Court is a "Stipulation of Dismissal with Prejudice," filed on April 3, 2023, by all Parties in this case. (Doc. 16.) Upon consideration thereof and for good cause shown, **IT IS HEREBY ORDERED** that the Parties' Stipulation of Dismissal with Prejudice is **ACCEPTED** and **GRANTED**. The Court orders that all claims are dismissed with prejudice and with all parties bearing their own attorneys' fees and costs.

**SO ORDERED**, this 5th day of April 2023.

                                                  /s/W. Louis Sands
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**